Pro Se 14 (INND Rev. 2/20)                                                    page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

-FILED-

Adam Bray ,

*[You are the PLAINTIFF, print your full name on this line.]*

OCT 1 2 2021

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

v.

Westville Correctional Facility estal ,

*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number  3:21-cv-777 _____

*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* Westville Correctional Facility estal. | 5501 South 1100 West Westville, IN 46391 |
| 2 | *[Put the names of any other defendants in these boxes.]* Warden Mr. Galipeau | 5501 South 1100 West Westville, IN 46391 |
| 3 | Dep. Warden Mr. Watts (Re-Entry) | 5501 South 1100 West Westville, IN 46391 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing?  3 ;

2. What is the name and address of your prison or jail?  Westville Correctional Facility - 5501 South 1100 West - Westville, IN 46391

3. Did the event you are suing about happen there?  ⬤ Yes.  ◯ No, it happened at: _____

_____

4. On what date did this event occur?  May 14th, 2021 and still happen

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

20

| # Defendant's Name / Job Title | Work Address |
|---|---|
| 4. Ofc. Perez<br>Clothing / Laundry | 5501 South 1100 West<br>Westville, IN 46391 |
| 5. Mr. Harvil<br>Grievances | 5501 South 1100 West<br>Westville, IN 46391 |
| 6. Mr. Hicks<br>Law library | 5501 South 1100 West<br>Westville, IN 46391 |
| 7. Ms. Sonnenberg<br>law library | 5501 South 1100 West<br>Westville, IN 46391 |
| 8. Ms. Torres<br>law library | 5501 South 1100 West<br>Westville, IN 46391 |
| 9. Ofc. Martin<br>Clothing / Laundry | 5501 South 1100 West<br>Westville, IN 46391 |
| 10. Mr. A. Watts & Ms. Pullins<br>G.T.L | 5501 South 1100 West<br>Westville, IN 46391 |
| 11. Ms. Moore<br>mail-room | 5501 South 1100 West<br>Westville, IN 46391 |
| 12. Ms. J. Algozine<br>mail-room | 5501 Sout 1100 West<br>Westville, IN 46391 |
| 13. K. Simic<br>mail-room | 5501 South 1100 West<br>Westville, IN 46391 |
| 14. Dep. Warden Gann<br>Operations | 5501 South 1100 West<br>Westville, IN 46391 |

15. Mr. P. Sonnenberg /plus witness
G.S.C/Unit Team Manager

5501 South 1100 West
Westville, IN 46351

16. Ms. T. Cornett
I.C /unit Team Manager

5501 South 1100 West
Westville, IN 46351

17. Ms. B. Malstaff
Re-Entry Program

5501 South 1100 West
Westville, IN 46351

18. Ofc. Heartline
Westville Correctional officer

5501 South 1100 WEST
Westville, IN 46351

19. S.G.T Trim
Westville Correctional Officer

5501 South 1100 West
Westville, IN 46351

20. Lt. Washington
Westville Correctional Officer

5501 South 1100 West
Westville, IN 46391

21. S.G.T Deu /witness: female
Westville Correctional Officer

5501 South 1100 West
Westville, IN 46351

22. S.G.T Johnson
Westville Correction Officer

5501 South 1100 West
Westville, IN 46351

23. Ms. B. Faubion
Commissary

5501 South 1100 West
Westville, IN 46351

24. Ms. Higgins
Commissary

5501 South 1100 West
Westville, IN 46351

25. Ms. Kintzelle
Commissary

5501 South 1100 West
Westville, IN 46351

26. Ms. Moore
    Law library
                                    5501 South 1100 West
                                    Westville, IN 46391

27. Capt. Armstrong ; witness
    G.S.C side
                                    5501 South 1100 West
                                    Westville, IN 46391

28. Ofc. Borowski
    Ditt. B
                                    5501 South 1100 West
                                    Westville, IN 46391

29. Ryan Thompson
    Case Worker
                                    5501 South 1100
                                    Westville, IN 46391

30. Centerion
    Health Care at Westville Correctional Facility
                                    5501 South 1100
                                    Westville, IN 46391

31. AramMark
    food provider at Westville Correctional Facility
                                    5501 South 1100
                                    Westville, IN 46391

Pro Se 14 (INND Rev. 2/20)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. The Correctional Officer's / staff breached their duty at Westville Correctional Facility, their breach caused me (plaintiff) damages and this inflicted pain and suffering on the plaintiff (me) mentally / physically here's how. #2 Since I enter upon Westville Correctional Facility, on May 14th 2021, I've been neglected by the officer's and staff, in so many different way's. #3 By the clothing Ofc's Martin & Perez at this Facility, I wasn't given the proper clothes at Westville, you can see in the many request & grievance's that I've tryed to get the proper clothes. #4 In many request plus grievance's I've pointed out to Warden Galipeau - Dep. Warden Mr. Watts - Dep. Warden Mr. Gann and Unit Team Manager Mr. P. Sonnenberg, about the unhealthy / unsafe living condition at Westville Correctional Facility, see all copies of grievance's plus request about these issue's that's attached. #5 G.S.C Unit Team Manager Mr. P. Sonnenberg is an witness, to how both Dep. Warden and Warden Mr. Galipeau plus Mr. Watts, are in violation of an federal law of tampering with legal mail / with holding of it too. Unit Team Manager G.S.C Mr. P. Sonnenberg is also an defendant, because he stated to me that he knows they're not allowed to copy convict's legal mail, but yet Mr. P. Sonnenberg still does it. #6 G.S.C Capt. Armstrong is an witness, to how Warden / Dep. Warden Mr. Galipeau and Mr. Watts, are use-ing cruel & unusual punishmet on me, because of the 3-way phone call's I made to Laporte County Sheriff's office and Indiana State Polie for try-ing to press

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Pro Se 14 (INND Rev. 2/20)                                                                         page 3

## Claims and Facts (continued)

neglect charges on them.#7 G.S.C side S.G.T Dew is an witness, to 3 dorm shower's not being cleaned in an few week's, plus the black little wormie that's under the sink in the bathroom.#8 At Westville Correctional Facility, on the dorm's, 9 out of 10 time don't have grievance's or grievance appeal's on them, I was told I would have to write the law library, my case worker, or Mr. Harvil for these form's. With that being said this stop my grievance process, because half the time, it would take them week's to send them, or I wouldn't get none at all.#9 On June 25th, 2021 D.H.B Ofc. Borowski, informed me on my notice hearing, that I had another B write up for enter fencing with count, that I was never told about until this day. I informed Ofc. Borowski that I never enter fenced, with count the camera's will show that, and that I asked for my hooch to be tested on the day of the incident, I asked her what was the results. Ofc. Borowski told me they dumped it out that same day, she also stated that she would drop the write up for enter fencing with count, because I told her I go home in an few month's, but the intoxicate substance write up she can't. Ofc. Borowski also stated that if I signed the write up right now, she would put the 60 days on the shelf. So in fear of losen more time I signed it. Write an disciplinary hearing appeal on 7-1-21, to the warden of Westville Facility, when I gotten no answer back I sent an copy of the same appeal to down state, and yet still no answer.#10 I've sent an few request to Ms. Malstaff about going to the re-entry dorm, asking why I wasn't there yet and how is it that it's people in the re-entry dorm/program, before me when I leave before them, her response was haven't been here long enough but I will get an Tips packet, I receive that packet some time in the beg of September 2021, I seen my case worker Ryan Thompson in the hallway by post 2 on G.S.C side, he stated I won't be going to re-entry program because I have an packet instead. Attached 30-40 different envelopes grievance's marked as A#1, request marked as A#2, copy of disciplinary appeal marked as B#1, the write up marked as B#2, and Westville note-Date's marked as C1 for evidence and a copy of court order/hearing marked as C#2.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)

page 4

5. When did this event happen?
- ○ Before I was confined.
- ○ While I was confined awaiting trial.
- ◉ After I was convicted while confined serving the sentence.
- ○ Other: _____

6. Have you ever sued anyone for this exact same event?
- ◉ No.
- ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
- ○ No, this event is not grievable at this prison or jail.
- ◉ Yes, I filed a grievance and attached is a copy of the response from the final step.
- ○ Yes, this event was grievable, but I did not file a grievance because but the Westville Correctional staff, stopped me from filing my proper grievance process by not given me grievances on time, not answering my grievance's in an timely fashion, or not given me grievance's / grievance's appeal to complete my grievance process

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

1. Award nominal damages for violating plaintiff's rights award $5,000
2. Award compensatory damages in the following award $100,000 and punitive damages award in $100,000 against each defendant per report of conduct
3. Plaintiff seeks recovery of his costs in this suit and any additional relief this court deems just, proper, and equitable & defendant's will be responsible for all state, local or Federal taxes on any monetary relief award plaintiff.

[Initial Each Statement]

AB  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.

AB  I will keep a copy of this complaint for my records.

AB  I will promptly notify the court of any change of address.

AB  I WILL NOT send more than one copy of any filing to the court.

AB  I WILL NOT send summons, USM-285, or waiver forms to the clerk.

AB  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on __9__ / _30_ /20 _21_ at _7:00_ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____          _223933_____
Signature                                          Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]